JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. 09-46928-A-07

**CRAIG ALAN FULSTER**
**BETH MARIA FULSTER**

    Debtor(s).
_____/

**TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT
AND PROOF OF SERVICE BY MAIL**

TO THE ABOVE-CAPTIONED DEBTOR(S) AND THEIR ATTORNEY OF RECORD:

You and each of you will please take notice that the Trustee, pursuant to 11 U.S.C. §522(l) hereby objects to debtor'(s) AMENDED claimed exemption(s) outlined below.

    ASSET: **Single Family Residence (Rental)**
            **2520 San Fernando Way**
            **Sacramento, CA 95818**
    EXEMPTION CODE: **C.C.P. § 703.140(b)(1)**
    AMOUNT CLAIMED EXEMPT: **$4,070.00**

    ASSET: **Chase Bank Checking Acct: #0474**
    EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
    AMOUNT CLAIMED EXEMPT: **$20.00**

    ASSET: **Wells Fargo Bank Checking Acct: #9584**
    EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
    AMOUNT CLAIMED EXEMPT: **$10.00**

    ASSET: **River City Bank Checking Acct: #3193**

EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$50.00**

ASSET: **Chase Bank Checking Acct: #5889**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$200.00**

ASSET: **Chase Bank Checking Acct: #5897**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$200.00**

ASSET: **Chase Bank Checking Acct: #7039**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$100.00**

ASSET: **529 College Savings Plan
      Fidelity Investments**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$12,298.00**

ASSET: **2009 Tax Refunds**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$5,095.00**

ASSET: **2005 Chevrolet Corvette**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$1.00**

ASSET: **2003 BMW 325i**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$1.00**

ASSET: **2000 Ford F350 Truck**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$3,425.00**

ASSET: **Hand and Power Tools**
EXEMPTION CODE: **C.C.P. § 703.140(b)(5)**
AMOUNT CLAIMED EXEMPT: **$425.00**

The trustee is objecting to these claimed exemptions on the following ground(s):

1. Debtors have exceeded their allotted exemptions under C.C.P. § 703.140(b)(1) and (5)

1.     2.     By valuing the asset and exempting the asset for the exact same amount, there is the appearance that debtors are exempting the entire asset.

DATED: April 1, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in El Dorado County, California. I am over the age of eighteen and not a party to the within entitled action. My business address is P.O. Box 1506, Placerville, CA, 95667-1506. On April 1, 2010, I served the within

**TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT**

by placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid, in the United States Post Office mail box at Placerville, California, addressed as follows:

U.S. TRUSTEE
ustpRegion17.sc.ecf@usdoj.gov
al.c.massey@usdoj.gov  or

CRAIG ALAN FULSTER
BETH MARIA FULSTER
4240 EUCLID AVE
SACRAMENTO, CA   95822

CHAN JR., RICHARD A.
jlmagsayo@allayechan.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 1, 2010, at Placerville, California.

/s/ Reney A. Houseworth

4