FILED
April 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002539441

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

**CRAIG FULSTER**
**BETH FULSTER**

Debtor(s).

CASE NO. **09-46928-A-7**

DC NO. **JRR-2**

DATE: **MAY 10, 2010**
TIME: **9:00 A.M.**
COURTROOM: **28**

**TRUSTEE'S MOTION FOR TURNOVER OF ASSETS**
(Bankruptcy Code §542)

NOW COMES JOHN R. ROBERTS, duly appointed and acting Trustee in this matter and moves the Court for an Order directing the debtors to turnover assets in their possession or under their control, which have not been claimed as exempt and therefore belong to the bankruptcy estate. The trustee requests immediate turnover to the Trustee of the following assets:

1.  2009 Federal and State Tax Refunds totaling $14,942.00

In support of this motion the Trustee represents as follows:

1.  The Debtors filed a voluntary Chapter 7 bankruptcy petition on December 9, 2009.

2.  The Debtors were advised at their §341 Meeting of Creditors that they could not exempt the majority of their potential tax refunds. I requested a copy of the Debtors 2009 tax returns once they were prepared. (See Exhibit "A" attached to the Exhibits.)

1

3. Following the Meeting of Creditors the Debtors Attorney amended the schedules to exempt a presumed tax refund.
4. I filed an Objection to the Debtors Exemptions on February 10, 2010, as the Debtors had exceeded their allotted exemptions under C.C.P. § 703.140(b)(5). (See Exhibit "B" attached to the Exhibits.)
5. On March 18, 2010 the Debtors Attorney AGAIN amended the Debtors exemptions.
6. On April 1, 2010 I filed an Objection to the Debtors newly Amended Exemptions as the Debtors had exceeded their allotted exemptions under C.c.P. §703.140 (b)(1) and (5). (See Exhibit "C" attached to the Exhibits.)

WHEREFORE, the Trustee prays that the Court make its Order for Turnover of Assets mention herein.

DATED: April 6, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919